# IRVING COHEN
### ATTORNEY AT LAW

(212) 964-2544  
FAX (212) 406-2313  
ICOHENLAW@MSN.COM

233 BROADWAY  
SUITE 1800  
NEW YORK, N.Y. 10279

May 21, 2018

**VIA ECF**

Hon. Paul A. Engelmayer  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007

**RE:** ***United States v. Bernard Adjei*, 17 Cr. 631 (PAE)**

Dear Judge Engelmayer:

    I represent the defendant, Bernard Adjei, in the abovementioned case having been duly appointed pursuant to the Criminal Justice Act. Mr. Adjei is currently housed at the Metropolitan Correctional Center (MCC) and is presently scheduled to be sentenced on August 22, 2018 at 10:30 a.m. Mr. Adjei recently signed up to receive his High School Equivalency Diploma and anticipates that he will complete his studying and receive his diploma prior to sentencing. Mr. Adjei respectfully requests that a hold be placed on him at the MCC to ensure that he can work on getting his diploma, as a move to the Metropolitan Detention Center in Brooklyn may prevent this.

    Thank you for your kind and courteous attention.

Very truly yours,

/s/ *Irving Cohen*  
IRVING COHEN